**HEMAR, ROUSSO & HEALD, LLP**
PAMELA L. COX (SBN 191883)
E-mail address: pcox@hemar-rousso.com
ROBERT V. MC KENDRICK (SBN 169138)
E-mail address: rmckendr@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
Encino, CA  91436-2829
Telephone:     (818) 501-3800
Facsimile:     (818) 501-2985

Attorneys for Plaintiff,
XEROX CORPORATION, a corporation

Hemar, Rousso & Heald, LLP<br>15910 Ventura Boulevard, 12th Floor<br>Encino, CA 91436<br>(818) 501-3800

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York corporation, | Case No.:      CV11-4256 LB |
| | [Proposed] **ORDER RE CONTINUANCE OF EXAMINATION** |
| Plaintiff(s), | DATE: May 16, 2012 |
| v. | NEW DATE: May 30, 2012 TIME:  9:00 A.M. |
| SEISMICOM, INC., a California corporation, | ROOM: C, 15TH FLOOR |
| Defendants | |

**TO ALL INTERESTED PARTIES:**

The examination of DAVID FLAHERTY, President of Defendant SEISMICOM, INC., a California corporation, previously set for May 16, 2012 has been continued to May 30, 2012 at 9:00 a.m. in Courtroom C, 15th Floor located at 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff's counsel is to prepare the Order and give notice.

**IT IS SO ORDERED.**

DATED: May 1, 2012

~~Clerk of Court~~ LAUREL BEELER
U.S. Magistrate Judge

[Proposed] ORDER RE CONTINUANCE OF EXAMINATION