**HEMAR, ROUSSO & HEALD, LLP**
PAMELA L. COX (SBN 191883)
E-mail address: pcox@hemar-rousso.com
ROBERT V. MC KENDRICK (SBN 169138)
E-mail address: rmckendr@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
Encino, CA 91436-2829
Telephone:    (818) 501-3800
Facsimile:    (818) 501-2985

Attorneys for Plaintiff,
XEROX CORPORATION, a corporation

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XEROX CORPORATION, a New York corporation,<br><br>            Plaintiff(s),<br><br>     v.<br><br>SEISMICOM, INC., a California corporation,<br><br>            Defendants<br>_____ | Case No.:    CV11-4256 LB<br><br>[Proposed] **ORDER RE CONTINUANCE OF EXAMINATION**<br><br>DATE: May 16, 2012<br><br>NEW<br>DATE: May 30, 2012<br>TIME:  9:00 A.M.<br>ROOM: C, 15TH FLOOR |

**TO ALL INTERESTED PARTIES:**

The examination of DAVID FLAHERTY, President of Defendant SEISMICOM, INC., a California corporation, previously set for May 16, 2012 has been continued to May 30, 2012 at 9:00 a.m. in Courtroom C, 15th Floor located at 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff's counsel is to prepare the Order and give notice.

**IT IS SO ORDERED.**

DATED: May 1, 2012

                                                              ~~Clerk of Court~~ LAUREL BEELER
                                                              U.S. Magistrate Judge

1
[Proposed] **ORDER RE CONTINUANCE OF EXAMINATION**